UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                                   **DECISION AND ORDER**
      v.                                                       19-CR-255-A

MICHAEL BLAJSZCZAK,

                    Defendant.

This case was referred to Magistrate Judge Michael J. Roemer pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On January 21, 2020, defendant Michael Blajszczak appeared before Magistrate Judge Roemer and entered a plea of guilty to a one count Information which charges possession of a firearm by a person subject to a domestic violence order of protection in violation of 18 U.S.C. § 922(g)(8). Magistrate Judge Roemer has issued a Report and Recommendation (Dkt. No. 15) confirming his oral report and recommendation finding that defendant's plea of guilty was knowing, voluntary, and supported by a factual basis. It is hereby

**ORDERED** that upon review of the transcript of the January 21, 2020, change-of-plea proceeding before the Magistrate Judge, the Court finds that defendant Blajszczak's plea of guilty was knowing, voluntary, and has a factual basis. Accordingly, defendant Blajszczak's plea of guilty is accepted based upon the oral findings and recommendations of the Magistrate Judge as confirmed in the written Report and Recommendation. Dkt. No. 15. The parties are directed to the

Court's Text Order setting a date for sentencing and the submission of sentencing documents.

**IT IS SO ORDERED.**

              *s/Richard J. Arcara*
              HONORABLE RICHARD J. ARCARA
              UNITED STATES DISTRICT COURT

Dated: February 24, 2020